BERT W. BRUNDAGE, Respondent, v. LARSEN E. JENSEN, Appellant.— Judgment modified by striking out all provisions requiring the deed to be given by defendant to plaintiff to be a warranty deed, and all provisions requiring defendant's wife to join in executing such deed; also by adding a provision requiring defendant to either give the mortgage as provided, for securing the payment to plaintiff of the sum of $1,097.13, or, at his option, to pay that sum to plaintiff in cash; and as so modified affirmed, without costs of this appeal to either party. All concurred.

CHARLES TAUFER, as Administrator, etc., Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed and new trial granted, with costs to appellant to abide event, upon the ground that upon the question of contributory negligence of the plaintiff's intestate, the verdict is against the weight of the evidence. All concurred.

JOHN J. CONNORS, Deceased, by CATHERINE POWERS and Another, as Executors, etc., Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concurred.

ADELINDE WAGNER, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order affirmed, with costs. All concurred.